EMERY CELLI BRINCKERHOFF & ABADY LLP
Corporate Service

**UNITED STATES SOUTHERN DISTRICT COURT OF NEW YORK**

**AFFIDAVIT OF SERVICE**


*2156416*

Index no :7:17-CV-02111-KMK
Date of Purchase: 03/23/2017
Office No:

| Plaintiff: | **JENNIFER SERRANO ETANO** |
|---|---|
| Defendant: | **MAMARONECK GARDENS INC ETANO** |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**JOSEPH BARNUM**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **03/29/2017** at **3:40 PM**, I served the within **SUMMONS AND COMPLAINT** on **MAMARONECK GARDENS INC** a domestic corporation (one of) the **Defendant** at **733 YONKERS AVE SUITE 500 , ATTN: BOB LINDENBAUM, Yonkers, NY10704** in the manner indicated below:

By delivering to and leaving personally with **EVELYN RUNZ , MANAGING AGENT** a true copy of each thereof.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 36 | 5'5" | 170 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
03/30/2017

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2018

X _____
JOSEPH BARNUM
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: ASHWINEE

